**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) ) ) | |
| | ) | **Civil Action 06CV2555** |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | |
| **CHICAGO REGIONAL COUNCIL OF CARPENTERS,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION FOR**
**ENTRY OF STIPULATION OF SETTLEMENT AND ORDER**

The plaintiff, Elaine Chao, Secretary of Labor, United States Department of Labor ("plaintiff" or the "Secretary") and the defendant, Chicago Regional Council of Carpenters ("defendant" or "CRC"), through their undersigned counsel, hereby move for entry of the accompanying Stipulation of Settlement and Order resolving this litigation. The proposed Stipulation of Settlement and Order would resolve all of the issues raised by the Secretary in her complaint in an efficient and expeditious manner.

For the reasons set forth in the accompanying memorandum, the plaintiff and the

defendant ask the Court to enter the Stipulation of Settlement and Order submitted herewith.

Date: August 11, 2006                                   Respectfully submitted,


**CHICAGO REGIONAL COUNSEL**            **PATRICK FITZGERALD**
**OF CARPENTERS,**                      United States Attorney
           Defendant,        **CRAIG A. OSWALD**
                                        Assistant United States Attorney


s/ Travis J. Ketterman                  **HOWARD M. RADZELY**
**TRAVIS J. KETTERMAN**                 Solicitor of Labor
Attorney for Defendant
Whitfield & McGann                      **JOAN E. GESTRIN**
111 East Wacker Drive, Suite 2600       Regional Solicitor
Chicago, IL 60601
(312)251-9700                           s/ Leonard A. Grossman
 ARDC # 6237433                     **LEONARD A. GROSSMAN**,
                                        Attorney
                                        Attorneys for **ELAINE. L. CHAO**
                                        Secretary of Labor,
                                        United States Department of Labor, Plaintiff

                                        Office of the Solicitor
                                        U.S. Department of Labor
                                        230 South Dearborn St., Rm.. 844
                                        Chicago, IL 60604
                                        Telephone: 312/353-5709