# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, )<br>United States Department of Labor, )<br> )<br> )    Civil Action 06CV2555<br>            Plaintiff, )<br> )    Judge Kennelly<br>          v. )<br> )<br>CHICAGO REGIONAL COUNCIL OF )<br>CARPENTERS, )<br> )<br>        Defendant. )<br> ) | |

## MOTION FOR
## ENTRY OF FINAL JUDGMENT

Plaintiff, **Elaine L. Chao**, Secretary of Labor, United States Department of Labor, by counsel, moves this Court for entry of the Judgment submitted herewith declaring the individuals certified by the Plaintiff on the attached Certification of Election as having been duly elected officers of the Defendant labor organization to serve until the next regularly scheduled election of officers.

In support of this motion, the Secretary relies on the certification executed by Patricia Fox, Acting Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor, a copy of which is submitted herewith, as well as the declaration attached thereto.

Respectfully submitted,

**PATRICK FITZGERALD**
United States Attorney
**CRAIG A. OSWALD**
Assistant United States Attorney

**JONATHAN L. SNARE**
Acting Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **ELAINE L. CHAO**
Secretary of Labor,
United States Department of Labor, Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn St., Rm. 844
Chicago, IL  60604
Telephone:  312/353-5709