**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** <br> **United States Department of Labor,** | ) <br> ) <br> ) | |
| | ) | **Civil Action 06CV2555** |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | |
| **CHICAGO REGIONAL COUNCIL OF** <br> **CARPENTERS,** | ) <br> ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT

TO:

Travis Ketterman
Whitfield & McGann
111 E. Wacker, Ste. 2600
Chicago, IL 60601

Jeff Fearon
411 N. Wolcott
Chicago, IL 60640

PLEASE TAKE NOTICE that on Thursday, November 1, 2007, at 9:30 a.m. the undersigned attorney will appear before Judge Kennelly in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and present a Motion for Entry of Final Judgment.

**PATRICK FITZGERALD**
United States Attorney
**CRAIG A. OSWALD**
Assistant United States Attorney
**JONATHAN L. SNARE**
Acting Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorneys for **ELAINE L. CHAO**
Secretary of Labor,
United States Department of Labor, Plaintiff
Office of the Solicitor, USDOL
230 South Dearborn St., Rm. 844
Chicago, IL 60604
Telephone: 312/353-5709