**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **ELAINE L. CHAO, Secretary of Labor,** | ) | |
| **United States Department of Labor,** | ) | |
| | ) | **Civil Action 06CV2555** |
| **Plaintiff,** | ) | |
| | ) | **Judge Kennelly** |
| **v.** | ) | |
| | ) | |
| **CHICAGO REGIONAL COUNCIL OF** | ) | |
| **CARPENTERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, the Secretary's Supplemental Reply In Support of Her Motion for Entry of Final Judgment and documents in support thereof were served by e-mail upon:

> Jeff Fearon by e-mail to:
> f777982@aol.com

All other parties were served electronically by the District Court's ECF system.
A copy of the referenced document will be delivered to Judge Kennelly's Chambers.

| | |
|---|---|
| | /s Leonard A. Grossman |
| Office of the Solicitor | **LEONARD A. GROSSMAN** |
| U.S. Department of Labor | One of the attorneys for |
| 230 S. Dearborn, Rm. 844 | **Elaine L. Chao,** |
| Chicago, IL 60604 | Secretary of Labor, U.S. Department of Labor, |
| (312)353-5709 | Plaintiff |