

Prior to his passing away on November 14, 2006, Andrew J. Claus told his family and friends that this flag ceremony was one of the highlights of his life.

## Local 141 honors World War II veterans with United States Capitol flags

Local 141 proudly honored 43 of its retired members, who served in World War II, at a special ceremony on Tuesday evening, July 11, at the American Legion Hall in Evergreen Park.

Thirteen veterans, who were able to attend the ceremony, were paid a special tribute, when Local 141 presented each with an American flag, which had been raised this year over the United States Capitol during the 62nd anniversary of the June 6, 1944 D-Day invasion.

The veterans who received the flags were: Carl Swenson, Edward Marevka, Dan Galto, Andrew Claus, Edwin Krause, Cliff Anderson, William Byrnes, James Gillespie, Robert Penn, George Schmidt, Paul Sloth, Roland Wattman and Robert Zervos.